J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiffs DFSB Kollective Co. Ltd., Nega Network, Cub Music, Oh! Records, Jungle Entertainment, Foundation Records, Woollim Entertainment, Aftermoon Music Entertainment, Inc., Dada Music, Electric Muse, and 55 am Net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFSB Kollective Co. Ltd., Nega Network, Cub Music, Oh! Records, Jungle Entertainment, Foundation Records, Woollim Entertainment, Aftermoon Music Entertainment, Inc., Dada Music, Electric Muse, and 55am Net,<br><br>Plaintiffs,<br><br>v.<br><br>John Does 1 – 10, inclusive,<br><br>Defendants. | Case No. C11-1051 CW<br><br>DISCOVERY MATTER<br><br>DECLARATIONS IN SUPPORT OF *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE AND REQUEST FOR ENLARGEMENT OF TIME WITHIN WHICH TO EFFECT SERVICE OF PROCESS PURSUANT TO RULE 6(b) |

## DECLARATION OF NICOLE L. DREY

I, NICOLE L. DREY, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California and the United States District Court for the Central District of California. I am an attorney for Plaintiffs DFSB Kollective Co. Ltd., Nega Network, Cub Music, Oh! Records, Jungle Entertainment, Foundation Records, Woollim Entertainment, Aftermoon Music Entertainment, Inc., Dada Music, Electric Muse, and 55am Net (collectively the "DFSB Plaintiffs") in an action styled DFSB Kollective Co. Ltd. v. John Does 1 – 10, inclusive, Case Number C11-1051 CW. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows.

2. I am informed and believe that the DFSB Plaintiffs filed their Complaint on or about March 7, 2011. I am informed and believe that, pursuant to Rule 4(m), the DFSB Plaintiffs are to serve Defendants John Does 1-10 (collectively "Defendants") on or about July 2, 2011.

3. I am informed and believe that prior to the filing of the Complaint and even through the filing of this *ex parte* application, the DFSB Plaintiffs have spent a considerable amount of time and resources tracing all known legal names and contact information for Defendants. Plaintiffs have identified a number of accounts associated with John Doe #1, including, but not limited to, the blogs kpopexplorer.wordpress.com and bingyang1411.livejournal.com; the website bingyang.co.cc; the 4shared.com User ID "bingyang.co.cc"; the Mediafire User ID "bingyang1411"; the Megaupload User ID "bingyang1411@wp"; the Photobucket User ID "bingyang1411"; and the email addresses dinh0612@gmail.com, bingyang1411@gmail.com and bingyang1411@livejournal.com. Attached hereto as Exhibit A are true and correct copies of Plaintiffs' online research into John Doe #1. Plaintiffs have identified a number of accounts associated with John Doe #2, including, but not limited to, the blogs asianloud.co.cc, koreanmusicdownload.blogspot.com, koreanmusicswave.blogspot.com, ikpooop.blogspot.com, jpopart.blog138.fc2.com, and kpopsounds.blogspot.com; the Facebook IDs "Asian-Loud" and "Asianloud"; the Twitter User ID "joehanny"; the YouTube User ID "kpopsounds88"; the Google

Adsense ID "pub-5511123054466256"; the Linkbucks account associated with URL "d6a5c576.linkbucks.com"; and the email address mocchalee@gmail.com.  Attached hereto as Exhibit B are true and correct copies of Plaintiffs' online research into John Doe #2.

4. I am informed and believe that these online accounts did not identify the individual(s) responsible for the respective accounts, shielding the users' identities behind the third-party service providers.  I am informed and believe that my office conducted extensive research into these accounts, including research through Lexis-Nexis, but this research turned up no viable addresses or legal names for Defendants.

5. Automattic, Inc. ("Automattic") is an Internet service provider which supports blogs located at wordpress.com.  Pursuant to Automattic's Privacy Policy, blog owners are required "to provide a username and email address" and may be "asked to provide additional information."  Moreover, pursuant to Automattic's Terms of Service, users are responsible for all content posted on their blogs and warrant that "the downloading, copying and use of the Content will not infringe the proprietary rights, including but not limited to the copyright, patent, trademark or trade secret rights, of any third party."  True and correct copies of Automattic's Privacy Policy and Terms of Service are attached hereto as Exhibit C.

6. LiveJournal Inc. ("LJ") is an Internet service provider which supports blogs located at livejournal.com and any associated email accounts.  Pursuant to LJ's Privacy Policy, "LiveJournal collects certain personal information when [users] register for the Service, including [a user's] name, date of birth, contact information."  Moreover, pursuant to LJ's Terms of Service, "users are required to provide accurate, complete, and current information about themselves" and are prohibited from "upload[ing], post[ing], or otherwise transmit[ting] any Content that infringes any patent, trademark, trade secret, copyright, or other proprietary right of a third party without express consent."  True and correct copies of LJ's Privacy Policy and Terms of Service are collectively attached hereto as Exhibit D.

7. pmStation Company ("4shared") operates 4shared.com, an online file sharing service.  Pursuant to 4shared's Privacy Policy, certain information, including email addresses, first

and last names, and IP addresses, may be stored by 4shared. Moreover, pursuant to 4shared's Terms of Use, users may not "post, distribute, or otherwise make available or transmit any data, message, text, computer file, or other material that infringes any right of a third party and/or any domestic or international law, rule, or regulation, including but not limited to: (a) copyright, trademark, patent, or other proprietary rights…" True and correct copies of 4shared's Privacy Policy and Terms of Use are collectively attached hereto as Exhibit E.

8. MediaFire is an online file sharing service, operating at mediafire.com. Pursuant to MediaFire's Privacy Policy and Terms of Service, MediaFire collects certain "personal information," including email addresses and IP addresses. MediaFire may also collect certain financial information in order to bill its users for some of its services. Moreover, according to MediaFire's Acceptable Use Policy, users may not "use the Services for any illegal purpose; … promote an illegal or unauthorized copy of another person's copyrighted work; … [or] submit Content that violates the rights of others, such as Content that infringes any copyright, trademark, patent, or trade secret …" True and correct copies of MediaFire's Privacy Policy, Terms of Service, and Acceptable Use Policy are collectively attached hereto as Exhibit F.

9. Megaupload Limited ("Megaupload") is an online file sharing service, operating at megaupload.com. Pursuant to Megaupload's Privacy Policy and Terms of Service, Megaupload collects the "e-mail addresses of Megaupload Delivery recipients and senders" as well as other "customer information." Moreover, according to Megaupload's Terms of Service, users agree not to "upload, post, e-mail, transmit or otherwise make available any Content that infringes any patent, trademark, trade secret, copyright or other proprietary rights of any party." True and correct copies of Megaupload's Privacy Policy and Terms of Service are collectively attached hereto as Exhibit G.

10. Photobucket, Inc.("Photobucket") is an online photo and video sharing service, operating at photobucket.com. Pursuant to Photobucket's Privacy Policy, users are required to provide "certain personal information," including "full name, postal address, phone number and email address as well as [the user's] computer's unique IP address (if any), financial information

(credit card number, etc., for orders placed with Photobucket.com) and demographic information (e.g., zip code, postal code, hometown, gender, purchase history information and age as well as IP addresses that are not unique to [the user's] computer)." Moreover, according to Photobucket's Terms of Use Agreement, users represent and warrant that "the posting and use of [the user's] Content on or through the Photobucket Services does not violate the privacy rights, publicity rights, copyrights, contract rights, intellectual property rights or any other rights of any person." True and correct copies of Photobucket's Privacy Policy and Terms of Use Agreement are collectively attached hereto as Exhibit H.

11. Google Inc. ("Google") is an Internet service provider, which supports gmail.com email addresses, blogs located at blogspot.com, and the Google AdSense Online Program. Google is also a parent of YouTube, LLC ("YouTube"), which is an online video sharing platform located at youtube.com. Pursuant to Google's Privacy Policy, Google may ask for certain "personal information" from its users. Defendants would be inclined to provide accurate and up-to-date information to Google in order to receive payment from the Google AdSense Online Program. Moreover, according to the Google AdSense Online Standard Terms and Conditions, the user has represented and warranted that "each Property and any material displayed therein: (i) comply with all applicable laws, statutes, ordinances, and regulations [and] (ii) do not breach and have not breached any duty toward or rights of any person or entity including, without limitation, rights of intellectual property…" Additionally, according to the Google AdSense Program Policies, "AdSense publishers may not display Google ads on webpages with content protected by copyright law unless they have the necessary legal rights to display that content." Further, pursuant to Google's Blogger Content Policy, which covers blogs located at blogspot.com, users are prohibited from using Google's services to "engage in illegal activities" or "provid[ing] links to sites where [users] can obtain unauthorized downloads of other people's content." YouTube's users also "agree that Content…submit[ted] to the Service will not contain third party copyrighted material, or material that is subject to other third party proprietary rights, unless [the user has] permission from the rightful owner of the material or [the user is] otherwise legally entitled to post the

material…" True and correct copies of Google's Privacy Policy, the Google AdSense Online Standard Terms and Conditions, the Google AdSense Program Policies, Google's Blogger Content Policy, and YouTube's Terms of Service are collectively attached hereto as Exhibit I.

12. FC2 Inc. ("FC2") is an Internet service provider, which supports blogs located at fc2.com. Pursuant to FC2's Privacy Policy, FC2 may request "personal information" in relation to the use of its services. Moreover, according to the FC2 Terms of Use, users are "strictly prohibited" from "violat[ing] other users' or third party's intellectual property rights such as industrial property rights (patent rights, trademark rights), copyrights or business secrets." True and correct copies of FC2's Privacy Policy and Terms of Use are collectively attached hereto as Exhibit J.

13. Facebook is an online social networking site, which operates facebook.com. Pursuant to Facebook's Privacy Policy, users must provide Facebook with the user's "name, email, gender, and birth date" and may provide "additional information" based on interests, networking and/or security reasons. Moreover, according to Facebook's Statement of Rights and Responsibilities, users may "not post content or take any action on Facebook that infringes or violates someone else's rights or otherwise violates the law." True and correct copies of Facebook's Privacy Policy and Statement of Rights and Responsibilities are collectively attached hereto as Exhibit K.

14. Twitter, Inc. ("Twitter") is an online social networking site, which operates twitter.com. According to Twitter's Privacy Policy, Twitters "collect[s] and use[s] [users'] information to provide [its] Services and improve them over time." Such information includes a user's "name, username, password, and email address" as well as "additional information." Moreover, according to Twitter's Terms of Service, "Twitter respects the intellectual property rights of others and expects [its] users of the Services to do the same." True and correct copies of Twitter's Privacy Policy and Terms of Service are collectively attached hereto as Exhibit L.

15. LinkBucks.com ("LinkBucks") is an online advertising network that allows users to be paid for posting ads on their websites. Pursuant to LinkBucks' Privacy Policy, users "consent to

the collection and use of [personal] information" by using LinkBucks' services.  Moreover, according to LinkBucks' Terms of Use, users are prohibited from submitting or transmitting materials that would violate any law or the rights of others, including without limitation, laws against copyright infringement."  True and correct copies of LinkBucks' Privacy Policy and Terms of Use are collectively attached hereto as Exhibit M.

16. The requested Order granting the DFSB Plaintiffs' Application for Leave to Take Immediate Discovery is the DFSB Plaintiffs' only remaining method available to identify and locate Defendants.  Without expedited discovery, the DFSB Plaintiffs have no way of serving Defendants with the Complaint and Summons in this case.  The DFSB Plaintiffs presently do not have Defendants' true name(s), address(es), or any other way to identify or locate Defendant.  As described in the declarations and as evidenced by the exhibits attached hereto, Defendants' various blogs and websites are shielded in anonymity and linked to numerous, equally inconclusive associated accounts and User IDs.

17. Should the information provided by Automattic, Inc., LiveJournal Inc., pmStation Company, MediaFire, Megaupload Limited, Photobucket, Inc., Google Inc., FC2 Inc., Facebook, Twitter, Inc., and/or LinkBucks.com provide only a postal mailbox address or information otherwise insufficient to effect service, the identification of Defendants' financial institution(s) and/or other account(s) will enable the DFSB Plaintiffs to take additional discovery from the identified entities if that is required to identify Defendants.

18. Obtaining the identity of copyright infringers on an expedited basis is critical to prosecution of this action and stopping the continued infringement of the DFSB Plaintiffs' copyrighted works.  Defendants' true identities and locations remain unknown.

19. I request, pursuant to Federal Rules of Evidence, Rule 201(b) that the Court take judicial notice of the following documents attached hereto as Exhibit N, copies of select orders entered in anti-piracy cases in this District where early (pre-Rule 26) discovery has been ordered where the Defendant's identity and/or location is otherwise unknowable.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this 15th day of April, 2011, at Glendale, California.

                                                  /s Nicole L. Drey  
                                                  NICOLE L. DREY

## DECLARATION OF JUNG HYUN CHO

I, JUNG HYUN CHO, declare as follows:

1. I am over 18 years of age and am employed by J. Andrew Coombs, A Professional Corporation ("JACPC"), a law firm in Glendale, California. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto under oath.

2. On or about February 17, 2010, I surveyed the blog located at www.kpopexplorer.wordpress.com ("KpopExplorer"). Attached hereto as Exhibit O are true and correct copies of printouts of select web pages located at www.kpopexplorer.wordpress.com. At that time, I noted various images of album artwork appearing at KpopExplorer. Further, links appearing on KpopExplorer directed Internet users to files where they could download files containing various musical compositions. For example, clicking on respective links located at KpopExplorer, I downloaded and saved the following files, which contained copies of certain musical compositions that I am informed and believe are copyrighted by various Korean artists represented by DFSB Kollective:

   a. Leessang Vol.6 – Hexagonal – bingyang.co.cc.rar containing the album *Hexagonal* by LeeSsang

   b. Dok2 – Thunderground – bingyang.co.cc.rar containing the album *Thunderground* by Dok2

   c. Epik High Vol.6 CD1 – bingyang.co.cc.rar containing the first CD of the album *[e]* by Epik High

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4 day of August, 2010, at Glendale, California.

_____
JUNG HYUN CHO

DFSB, et al. v. Does: Motion for Expedited Discovery         - 8 -

### DECLARATION OF JUNG HYUN CHO

I, JUNG HYUN CHO, declare as follows:

1.  I am over 18 years of age and am employed by J. Andrew Coombs, A Professional Corporation ("JACPC"), a law firm in Glendale, California.  I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto under oath.

2.  On or about July 29, 2010, I surveyed the blog located at http://asianloud.co.cc ("AsianLoud").  Attached hereto as Exhibit P are true and correct copies of printouts of select web pages located at asianloud.co.cc.  At that time, I noted various images of album artwork appearing at AsianLoud.  Further, links appearing on AsianLoud directed Internet users to files where they could download files containing various musical compositions.  For example, clicking on respective links located at AsianLoud, I downloaded and saved the following files, which contained copies of certain musical compositions that I am informed and believe are copyrighted by various Korean artists represented by DFSB Kollective:

   a. [album].EpikHigh.MapTheSoul.Thedeath'sBlog.rar containing the album *Map the Soul* by Epik High
   b. [koreanmusicswave.blogspot.com] Epik High – epilogue.zip containing the *album* Epilogue by Epik high
   c. House Rulez.rar containing the album *Winter 2010* by House Rulez

Also attached hereto as Exhibit Q are true and correct copies of printouts of select web pages located at asianloud.co.cc.  At that time, I noted a web page allowing Internet users to stream a music video.  Further, a link appearing on AsianLoud directed Internet users to a file where they could download a file containing a musical composition, which I am informed and believe is copyrighted by various Korean artists represented by DFSB Kollective:

a. [koreanmusicswave.blogspot.com] Epik High – Run MV.mp4 containing the work *Run* by Epik High

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29 day of July, 2010, at Glendale, California.

_____
JUNG HYUN CHO

### DECLARATION OF JUNG HYUN CHO

I, JUNG HYUN CHO, declare as follows:

1.  I am over 18 years of age and am employed by J. Andrew Coombs, A Professional Corporation ("JACPC"), a law firm in Glendale, California. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto under oath.

2.  On or about July 13 through July 28, 2010, I surveyed the blog located at http://koreanmusicdownload.blogspot.com ("KrnMusicDownload"). Attached hereto as Exhibit R are true and correct copies of printouts of select web pages located at koreanmusicdownload.blogspot.com. At that time, I noted various images of album artwork appearing at KrnMusicDownload. Further, links appearing on KrnMusicDownload directed Internet users to files where they could download files containing various musical compositions. For example, clicking on respective links located at KrnMusicDownload, I downloaded and saved the following files, which contained copies of certain musical compositions that I am informed and believe are copyrighted by various Korean artists represented by DFSB Kollective:

   a. Brown Eyed Girls- The Story (vol.1).rar containing the album *Your Story* by Brown Eyed Girls
   b. Min Sul- 100% Romantic (single).rar containing the album *100%* by Minsul

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4 day of August, 2010, at Glendale, California.

JUNG HYUN CHO

DFSB, et al. v. Does: Motion for Expedited Discovery

- 11 -

## DECLARATION OF JUNG HYUN CHO

I, JUNG HYUN CHO, declare as follows:

1. I am over 18 years of age and am employed by J. Andrew Coombs, A Professional Corporation ("JACPC"), a law firm in Glendale, California. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto under oath.

2. On or about July 8, 2010, I surveyed the blog located at http://koreanmusicswave.blogspot.com ("KoreanMusicsWave"). Attached hereto as Exhibit S are true and correct copies of printouts of select web pages located at koreanmusicswave.blogspot.com. At that time, I noted various images of album artwork appearing at KoreanMusicsWave. Further, links appearing on KoreanMusicsWave directed Internet users to files where they could download files containing various musical compositions. For example, clicking on respective links located at KoreanMusicsWave, I downloaded and saved the following files, which contained copies of certain musical compositions that I am informed and believe are copyrighted by various Korean artists represented by DFSB Kollective:

   a. House Rulez.rar containing the album *Winter 2010* by House Rulez
   b. J.ae – Sentimental.rar containing the album *Sentimental* by J.ae
   c. [koreanmusicswave.blogspot.com] Epik High – epilogue.zip containing the album *Epilogue* by Epik High

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4 day of August, 2010, at Glendale, California.

_____
JUNG HYUN CHO

DFSB, et al. v. Does: Motion for Expedited Discovery

- 12 -