1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A P. C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:     (818) 500-3200
5  Facsimile:      (818) 300-3201

6  Attorneys for Plaintiffs DFSB Kollective
   Co. Ltd., in conjunction with Jungle
7  Entertainment, Woolim Entertainment,
   Paragon Music Corp., Nega Network,
8  Foundation Records, Aftermoon Music
   Entertainment Inc., Roxta Music, and
9  Spot/Monky Global

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)**

| | |
|---|---|
| DFSBS Kollective Co. Ltd., et al., ) | Case No. CV11-1051 CW |
| ) | |
| Plaintiffs, ) | **REQUEST TO CONTINUE CASE** |
|        v.                     ) | **MANAGEMENT CONFERENCE AND** |
| ) | [~~PROPOSED~~] **ORDER** |
| John Does 1 – 10, inclusive, ) | |
| ) | **Date:    September 6, 2011** |
| Defendants. ) | **Time:   2:00 p.m.** |
| ) | **Court:  Hon. Claudia Wilken** |

PLAINTIFFS DFSB Kollective Co. Ltd., in conjunction with Jungle Entertainment, Woolim Entertainment, Paragon Music Corp., Nega Network, Foundation Records, Aftermoon Music Entertainment Inc., Roxta Music, and Spot/Monky Global (collectively "Plaintiffs"), by and through their counsel of record, hereby request as follows:

WHEREAS Plaintiffs filed their complaint on or about March 7, 2011;

WHEREAS Plaintiffs filed an *Ex Parte* Application seeking leave to take immediate discovery in order to identify various John Doe Defendants (collectively "Defendants");

WHEREAS the Court granted Plaintiffs' Application on or about April 21, 2011;

WHEREAS Plaintiffs, thereafter, served discovery on various third-party service providers in order to conclusively identify and locate Defendants;

WHEREAS Plaintiffs have identified by name two of the Defendants;

WHEREAS Plaintiffs are currently preparing their First Amended Complaint and anticipate filing imminently; and

WHEREAS Plaintiffs will have 120 days from the filing of their First Amended Complaint to serve the newly named Defendants.

NOW, THEREFORE, Plaintiffs respectfully request the Court continue the Case Management Conference for approximately one hundred twenty (120) days, or not earlier than January 3, 2012.

DATED:  May 17, 2011                    J. Andrew Coombs, A Professional Corp.

By: ___/s Nicole L. Drey_____
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiffs DFSB Kollective Co. Ltd., in conjunction with Jungle Entertainment, Woolim Entertainment, Paragon Music Corp., Nega Network, Foundation Records, Aftermoon Music Entertainment Inc., Roxta Music, Spot/Monky Global

**[PROPOSED] ORDER**

PURSUANT TO REQUEST, IT IS SO ORDERED.   **A case management conference will be held on January 3, 2012 at 2:00 p.m.**
DATED:  __August 31_____, 2011

_____
Claudia Wilken
UNITED STATES DISTRICT JUDGE

DFSB v. DOES:  Request to Continue CMC                - 2 -