J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201
andy@coombspc.com
nicole@coombspc.com

Attorneys for Plaintiffs DFSB
Kollective Co. Ltd., in conjunction with
Nega Network, Jungle Entertainment,
Foundation Records, Woolim Entertainment,
Aftermoon Music Entertainment, Inc.,
Paragon Music Corp., Roxta Music, and
Spot/Monky Global

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| DFSB Kollective Co. Ltd., et al.,  )<br>  )<br>        Plaintiffs,            )<br>v.                                  )<br>                                    )<br>Bing Yang, et al.,                  )<br>                                    )<br>        Defendants.                 )<br>                                    )<br>                                    )<br>                                    )<br>                                    ) | Case No. CV11-1051 CW<br><br>**[PROPOSED] ORDER GRANTING ALTERNATE SERVICE OF PROCESS ON DEFENDANTS PURSUANT TO FED. R. CIV. P. 4(f)(3) AND ENLARGEMENT OF TIME WITHIN WHICH TO EFFECT SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 6(b)** |

   WHEREAS Plaintiffs DFSB Kollective Co. Ltd., in conjunction with Nega Network, Jungle Entertainment, Foundation Records, Woolim Entertainment, Aftermoon Music Entertainment, Inc., Paragon Music Corp., Roxta Music, and Spot/Monky Global (collectively "the DFSB Plaintiffs") filed their *Ex Parte* Application to Authorize Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) and Request for Enlargement of Time Within Which to Effect Service of Process Pursuant to Federal Rule of Civil Procedure 6(b);

   WHEREAS the DFSB Plaintiffs have shown good cause why leave should be granted allowing service of the Summons and Complaint in this matter upon the Defendants Bing Yang a/k/a

1

1  Yang Bing a/k/a Duong Bang a/k/a Dinh Duong a/k/a Dinh Bang, an individual and d/b/a
2  kpopexplorer.wordpress.com and bingyang.co.cc ("Bing") and Indrawati Ynag a/k/a Indra Yang
3  a/k/a Indrawati a/k/a mocchalee, an individual and d/b/a asianloud.cc, asianloud.net,
4  koreanmusicswave.blogspot.com, ikpooop.blogspot.com, kpopsounds.blogspot.com,
5  koreanmusicdownload.blogspot.com and kpopsounds.blog127.fc2.com ("Indrawati") (collectively
6  "Defendants"), via email;

7   WHEREAS the DFSB Plaintiffs have also shown good cause why an extension of time
8  within which to serve Defendants should be granted; and

9   The Court, having read and considered the pleadings, declarations and exhibits on file in this
10 matter and having reviewed such evidence as was presented in regards to Plaintiffs' Application,
11 hereby grants the DFSB Plaintiffs' Application, specifically granting leave to the DFSB Plaintiffs to
12 serve Defendants via email and granting a thirty (30) day enlargement of time within which to effect
13 such service on Defendants, or in no event later than __1/29/2012__.

14   IT IS SO ORDERED.

15 Dated: __1/3/2012__

16
17  _____
    Hon. Claudia Wilken
18  Judge, United States District Court,
    Northern District of California

19 Presented by:

20 J. Andrew Coombs, A Prof. Corp.

21 By: /s/ Nicole L. Drey
22      J. Andrew Coombs
        Nicole L. Drey
23 Attorneys for Plaintiffs DFSB
   Kollective Co. Ltd., in conjunction with
24 Nega Network, Jungle Entertainment,
   Foundation Records, Woolim Entertainment,
25 Aftermoon Music Entertainment, Inc.,
   Paragon Music Corp., Roxta Music, and
26 Spot/Monky Global

27
28

2

[PROPOSED] ORDER GRANTING ALTERNATE SERVICE OF PROCESS AND
ENLARGEMENT OF TIME WITHIN WHICH TO EFFECT SERVICE
Case No. CV11-1051 CW