J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 300-3201

Attorneys for Plaintiffs DFSB
Kollective Co. Ltd., in conjunction with
Nega Network, Jungle Entertainment,
Foundation Records, Woolim Entertainment,
Aftermoon Music Entertainment, Inc.,
Paragon Music Corp., Roxta Music, and
Spot/Monky Global

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)**

| | |
|---|---|
| DFSB Kollective Co. Ltd., et al., | Case No. CV11-1051 CW |
| Plaintiffs, | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| Bing Yang, et al., | |
| Defendants. | **Date:   January 3, 2011**<br>**Time:   2:00 p.m.**<br>**Court: Hon. Claudia Wilken** |

PLAINTIFFS DFSB Kollective Co. Ltd., in conjunction with Nega Network, Jungle Entertainment, Foundation Records, Woolim Entertainment, Aftermoon Music Entertainment, Inc., Paragon Music Corp., Roxta Music, and Spot/Monky Global (collectively "the DFSB Plaintiffs"), by and through their counsel of record, hereby request as follows:

WHEREAS the DFSB Plaintiffs filed their First Amended Complaint on or about September 1, 2011;

WHEREAS the DFSB Plaintiffs are to serve Defendants on or before December 29, 2011;

WHEREAS the DFSB Plaintiffs have yet to serve Defendants due to Defendants' concealment of their whereabouts and provision of false information to their third-party service providers;

WHEREAS the DFSB Plaintiffs have filed an *Ex Parte* Application seeking leave to Defendants by alternate means and requesting a brief extension of time to effect such service;

WHEREAS the Court needs time to review and decide upon the DFSB Plaintiffs' *Ex Parte* Application; and

WHEREAS, upon being served, Defendants will need sufficient time to prepare their answers to the Complaint and participate in this litigation.

NOW, THEREFORE, Plaintiffs respectfully request the Court continue the Case Management Conference for approximately ninety (90) days, or not earlier than April 3, 2012.

DATED:  December 27, 2011            J. Andrew Coombs, A Professional Corp.

By: ___/s Nicole L. Drey_____
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiffs DFSB Kollective Co. Ltd., in conjunction with Nega Network, Jungle Entertainment, Foundation Records, Woolim Entertainment, Aftermoon Music Entertainment, Inc., Paragon Music Corp., Roxta Music, and Spot/Monky Global

### [~~PROPOSED~~] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.   **Case Management Conference will be held on Wednesday, April 4, 2012, at 2:00 p.m.**

Dated:  1/3/2012

Claudia Wilken
UNITED STATES DISTRICT JUDGE

DFSB v. Yang, et al.:  Request to Continue CMC                 - 2 -