United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFSB KOLLECTIVE CO., LTD.; NEGA NETWORK; JUNGLE ENTERTAINMENT; FOUNDATION RECORDS; WOOLIM ENTERTAINMENT; AFTERMOON MUSIC ENTERTAINMENT, INC.; PARAGON MUSIC CORP.; ROXTA MUSIC; and SPOT/MONKY GLOBAL,<br><br>    Plaintiffs,<br><br>  v.<br><br>BING YANG, also known as Yang Bing, also known as Doung Dang, also known as Dinh Doung, also known as Dinh Bang, also known as Kpopexplorer.wordpress.com, doing business as Bingyang.co.cc; and INDRAWATI YANG, also known as Indra Yang, also known as Indrawati, also known as Mocchalee, doing business as Asianlound.co.cc, doing business as Asianloud.net, doing business as Koreanmusicswave.blogspot.com, doing business as Ikpooop.blogspot.com, doing business as Kpopsounds.blogspot.com, doing business as Koreanmusicdowload.blogspot, doing business as Kpopsounds.blog127.fc2.com,<br><br>    Defendants.<br>_____/ | No. C 11-01051 CW<br><br>ORDER OF REFERENCE<br>TO MAGISTRATE<br>JUDGE |

    Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.  The hearing

noticed for Thursday, May 3, 2012, is vacated.  The Magistrate Judge shall prepare findings and recommendation on the motion.

Dated: 3/26/2012

CLAUDIA WILKEN
United States District Judge

cc: MagRef