# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DFSB KOLLECTIVE CO., LTD., et al., | Case No. 4:11-cv-03713 CW (NC) |
| Plaintiffs, | |
| v. | **NOTICE OF REFERRAL** |
| BING YANG, et al., | |
| Defendants. | |

The motion for default judgment filed by Plaintiffs has been referred to this Court by District Judge Claudia Wilken.

This Court finds the motion suitable without oral argument. *See* Civil L.R. 7-1(b). Please see this Court's Civil Standing Order for more information.

IT IS SO ORDERED.

DATED: March 26, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge