IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFSB KOLLECTIVE CO., LTD.; NEGA NETWORK; JUNGLE ENTERTAINMENT; FOUNDATION RECORDS; WOOLIM ENTERTAINMENT; AFTERMOON MUSIC ENTERTAINMENT, INC.; PARAGON MUSIC CORP.; ROXTA MUSIC; and SPOT/MONKY GLOBAL, | No. C 11-1051 CW PERMANENT INJUNCTION |

          Plaintiffs,

     v.

BING YANG; INDRAWATI YANG; and
JOHN DOES 3-10,

          Defendants.

_____/

     Pursuant to this Court's Order Declining to Adopt the

Magistrate Judge's Report and Recommendation and Granting

Plaintiffs' Motion for Default Judgment, a permanent injunction is

entered against Defendants Bing Yang, also known as Yang Bing,

Duong Bang, Dinh Duong and Dinh Bang and doing business as

kpopexplorer.wordpress.com and bingyang.co.cc, and Indrawati Yang,

also known as Indra Yang, Indrawati and mocchalee and doing

business as asianloud.co.cc, asianloud.net,

koreanmusicswave.blogspot.com, ikpooop.blogspot.com,

kpopsounds.blogspot.com, koreanmusicdownload.blogspot.com and

kpopsounds.blog127.fc2.com, as follows:

     Defendants and their agents, servants, employees and all

persons in active concert and participation with either Defendant

who receive actual notice of the injunction are hereby restrained

and enjoined from:

1   a) Infringing the DFSB Plaintiffs' Works, either directly or

2   secondarily, in any manner, including generally;

3   b) Copying, reproducing, distributing, advertising, publicly

4   performing, and/or publicly displaying the DFSB Plaintiffs' Works,

5   without authorization from the DFSB Plaintiffs, specifically

6   including, but not limited to:

7       i.   Posting images of any album cover art from any of the

8   DFSB Plaintiffs' Works on any website(s), forum(s), blog(s),

9   social networking platform(s), video site(s), online storage

10  locker(s), or any other online platforms;

11      ii.  Uploading any of the DFSB Plaintiffs' Works to any

12  website(s), forum(s), blog(s), social networking platform(s),

13  video site(s), online storage locker(s), or any other online

14  platforms;

15      iii. Streaming any of the DFSB Plaintiffs' Works on any

16  website(s), forum(s), blog(s), social networking platform(s),

17  video site(s), online storage locker(s), or any other online

18  platforms; and

19      iv.  Offering for download any of the DFSB Plaintiffs' Works

20  on any website(s), forum(s), blog(s), social networking

21  platform(s), video site(s), online storage locker(s), or any other

22  online platforms;

23  c) Contributing to, assisting, aiding, abetting, or facilitating

24  the copying, reproduction, distribution, advertisement, public

25  performance, and/or public display of the DFSB Plaintiffs' Works,

26  specifically including, but not limited to:

27      i.   Compiling, organizing, and/or posting links to any

28  website(s), forum(s), blog(s), social networking platform(s),

1  video site(s), online storage locker(s), or any other online

2  platforms which offer unauthorized copies of the DFSB Plaintiffs'

3  Works for download;

4      ii.   Compiling, organizing, and/or posting links to any

5  website(s), forum(s), blog(s), social networking platform(s),

6  video site(s), online storage locker(s), or any other online

7  platforms which offer unauthorized copies of the DFSB Plaintiffs'

8  Works for streaming; and

9      iii.  Providing instructions and/or answering questions on how

10 to find, download, and/or stream unauthorized copies of the DFSB

11 Plaintiffs' Works;

12     d) Inducing the copying, reproduction, distribution,

13 advertisement, public performance, and/or public display of the

14 DFSB Plaintiffs' Works, specifically including, but not limited

15 to:

16     i.   Compiling, organizing, and/or posting links to any

17 website(s), forum(s), blog(s), social networking platform(s),

18 video site(s), online storage locker(s), or any other online

19 platforms which offer unauthorized copies of the DFSB Plaintiffs'

20 Works for download;

21     ii.   Compiling, organizing, and/or posting links to any

22 website(s), forum(s), blog(s), social networking platform(s),

23 video site(s), online storage locker(s), or any other online

24 platforms which offer unauthorized copies of the DFSB Plaintiffs'

25 Works for streaming;

26     iii.  Providing instructions and/or answering questions on how

27 to find, download, and/or stream unauthorized copies of the DFSB

28 Plaintiffs' Works; and

**United States District Court**
For the Northern District of California

3

    iv.   Encouraging, enticing, persuading, and/or intending any
third-parties to engage in any form of infringement of the DFSB
Plaintiffs' Works, including those other acts proscribed herein.
    IT IS SO ORDERED.


Dated:  3/28/2013

                                CLAUDIA WILKEN
                                United States District Judge