**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFSB KOLLECTIVE CO., LTD.; NEGA NETWORK; JUNGLE ENTERTAINMENT; FOUNDATION RECORDS; WOOLIM ENTERTAINMENT; AFTERMOON MUSIC ENTERTAINMENT, INC.; PARAGON MUSIC CORP.; ROXTA MUSIC; and SPOT/MONKY GLOBAL,<br><br>    Plaintiffs,<br><br>  v.<br><br>BING YANG; INDRAWATI YANG; and JOHN DOES 3-10,<br><br>    Defendants.<br>_____/ | No. C 11-1051 CW<br><br>JUDGMENT |

For the reasons set forth in the Court's Order Declining to Adopt the Magistrate Judge's Report and Recommendation and Granting Plaintiffs' Motion for Default Judgment,

IT IS ORDERED AND ADJUDGED

That default judgment is entered against Defendants Bing Yang and Indrawati Yang. Plaintiffs DFSB Kollective Co. Ltd., Nega Network, Jungle Entertainment, Foundation Records, Woolim Entertainment, Afternoon Music Entertainment, Paragon Music Corp., Roxta Music and Spot/Monky Global shall recover $315,000 from Defendant Bing Yang and $900,000 from Defendant Indrawati Yang. Plaintiffs shall also recover from Defendants interest on these amounts as provided by 28 U.S.C. § 1961 and their costs of suit.

The Court will separately enter a Permanent Injunction.

Dated at Oakland, California, this twenty-eighth day of March, 2013.

```
                                    RICHARD W. WIEKING
                                    Clerk of Court


                              By:   _____
                                    Deputy Clerk
```